LAWRENCE P. BLASKOPF
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9642
LB5616

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| ELIZABETH NOVAK | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12cv1139 (FLW)(TJB) |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**ANSWER TO PETITION TO QUASH SUMMONS**

The United States, by its undersigned counsel, responds to the numbered paragraphs of the petition to quash summons as follows:

1. The United States admits the averments contained in paragraph 1.

2. The United States admits the averments contained in paragraph 2.

3. The United States admits the averments contained in paragraph 3.

4. The United States admits the averments contained in paragraph 4, except it denies the summons was returnable in Springfield, N. J. and avers it was returnable to the Internal Revenue Service's offices located in Mountainside, N. J.

5. The United States admits the averments contained in paragraph 5.

6. The United States admits the averments contained in paragraph 6.

7. The United States denies the averments contained in paragraph 7.

8. The United States denies the averments contained in paragraph 8.

9. The United States' responses to paragraphs 1 through 6 of the petition are incorporated herein by reference as if set forth herein at length.

10. The United States denies the averments contained in paragraph 10.

WHEREFORE it is prayed that the petition to quash be denied; that the summons at issue in this proceeding be enforced; and that the United States receive such other and further relief as is just and proper.

Date: May 22, 2012.

          PAUL J. FISHMAN
          United States Attorney

          KATHRYN KENEALLY
          Assistant Attorney General
          Tax Division

          /s/Lawrence P. Blaskopf
          LAWRENCE P. BLASKOPF
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 227
          Ben Franklin Station
          Washington, D.C.  20044
          (202) 514-9642